


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 1, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *New York v. Chad F. Wolf, et al.*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.)
            *Lewis-McCoy, et al. v. Chad Wolf, et al.*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.)

Dear Judge Furman:

       This Office represents defendants in the above-referenced actions. Pursuant to the Court's scheduling order, defendants' deadline to produce privilege logs to the plaintiffs in these cases is today. Defendants write to respectfully advise the Court that they have produced those privilege logs. If the Court requires copies of the privilege logs, defendants can provide them to the Court by email or ECF.

                         Respectfully submitted,

                         GEOFFREY S. BERMAN
                         United States Attorney for the
                         Southern District of New York

            By:    /s/ Zachary Bannon
                         ZACHARY BANNON
                         ELIZABETH KIM
                         CHRISTOPHER CONNOLLY
                         Assistant United States Attorneys
                         86 Chambers St. 3rd Floor
                         New York, New York 10007
                         Tel.:    212-637-2728, 2745, 2761
                         Fax:    212-637-2717
                         E-mail: Zachary.Bannon@usdoj.gov
                                        Elizabeth.Kim@usdoj.gov
                                        Christopher.Connolly@usdoj.gov