August 11, 2020

<u>Via ECF</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:     *State of New York v. Wolf*, 20 Civ. 1127, and *Lewis-McCoy v. Wolf*, 20 Civ. 1142

Dear Judge Furman:

Pursuant to this Court's order, ECF No. 101[1], Plaintiffs write jointly to respond to Defendants' request yesterday evening, ECF No. 100, for an extension of Defendants' time to submit the report and declarations required by the Court's order of July 29, 2020, ECF No. 92.

While appreciating the substantial time that may be involved in creating a "comprehensive record" of Defendants' inaccurate or misleading statements in this case, *see id.*, Plaintiffs believe a 33-day extension of Defendants' time to comply with the Court's order, on top of the two weeks the Court already provided, is excessive.  This is particularly so given that, in their July 23, 2020 letter to the Court, Defendants' counsel stated they first learned about Defendants' inaccurate or misleading statements on July 17, 2020.  *See* ECF No. 89.

Should the Court be inclined to grant any extension of Defendants' time to file their report and declarations, Plaintiffs respectfully request that the extension be limited to one week.

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: <u>*/s/ Daniela L. Nogueira*</u>
Daniela L. Nogueira, *Assistant Attorney General*
Matthew Colangelo, *Chief Counsel for Federal Initiatives*
Elena Goldstein, *Deputy Chief, Civil Rights Bureau*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

---

[1] Docket numbers cited in this letter refer to the docket in *State of New York v. Wolf*, 20 Civ. 1127.

Phone: (212) 416-6544
daniela.nogueira@ag.ny.gov

*Attorneys for Plaintiff in 20 Civ. 1127*


NEW YORK CIVIL LIBERTIES UNION FOUNDATION

By: */s/ Antony P.F. Gemmell*
Antony P.F. Gemmell
Molly K. Biklen
Jessica Perry
Jordan Laris Cohen
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
212-607-3300
agemmell@nyclu.org

*Attorneys for Plaintiffs and the Class in 20 Civ. 1142*