August 12, 2020

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      RE:    Joint letter seeking extension of time in *State of New York v. Wolf, et al.*, 20 Civ. 1127, and *Lewis-McCoy v. Wolf, et al.*, 20 Civ. 1142.

Dear Judge Furman,

      Together, the parties respectfully write to request a two-week extension of the Court's deferral of action on Plaintiffs' unopposed cross-motion for summary judgment, ECF No. 96, from today, August 12, 2020, to August 26, 2020. The parties continue to engage in good-faith settlement negotiations, but do not anticipate reaching a final resolution today. Accordingly, the parties agree that they would benefit from a two-week extension of time. We thank the Court for its consideration of this request.

      Respectfully submitted,

      LETITIA JAMES
      *Attorney General of the State of New York*

      By: */s/ Daniela L. Nogueira*
      Daniela L. Nogueira, *Assistant Attorney General*
      Matthew Colangelo, *Chief Counsel for Federal Initiatives*
      Elena Goldstein, *Deputy Chief, Civil Rights Bureau*
      Office of the New York State Attorney General
      28 Liberty Street
      New York, NY 10005
      Phone: (212) 416-6544
      daniela.nogueira@ag.ny.gov

      Attorneys for Plaintiff in 20 Civ. 1127

      NEW YORK CIVIL LIBERTIES UNION FOUNDATION

      By: */s/ Antony P.F. Gemmell*
      Antony P.F. Gemmell
      Molly K. Biklen
      Jessica Perry
      Jordan Laris Cohen
      Christopher T. Dunn
      125 Broad Street, 19th Floor

Application GRANTED. The parties are warned, however, that further extensions are unlikely to be granted. The Clerk of Court is directed to terminate 20-CV-1127, ECF No. 104 and 20-CV-1142, ECF No. 102. SO ORDERED.

*[signature]*
August 12, 2020

New York, NY 10004
212-607-3300
agemmell@nyclu.org

Attorneys for Plaintiffs and the Class in 20 Civ. 1142


AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: */s/ Zachary Bannon*
ZACHARY BANNON
ELIZABETH KIM
CHRISTOPHER CONNOLLY
Assistant United States Attorneys
86 Chambers St. 3rd Floor
New York, New York 10007
Tel.:   212-637-2728, 2745, 2761
Fax:   212-637-2717
E-mail: Zachary.Bannon@usdoj.gov
           Elizabeth.Kim@usdoj.gov
           Christopher.Connolly@usdoj.gov

Attorneys for the Defendants