

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 31, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *New York v. Chad F. Wolf, et al.*, No. 20 Civ. 1127 (JMF) (S.D.N.Y.)
            *Lewis-McCoy, et al. v. Chad Wolf, et al.*, No. 20 Civ. 1142 (JMF) (S.D.N.Y.)

Dear Judge Furman:

      This Office represents the defendants in the above-referenced actions. In connection with plaintiffs' pending motions for summary judgment, we write respectfully to advise the Court that counsel for the U.S. Department of Homeland Security ("DHS") has informed this Office that U.S. Customs and Border Protection ("CBP") is continuing to evaluate the means by which it can obtain DMV information in order to vet all Trusted Traveler Program applicants, including from state and territorial governments, third parties, or applicants themselves. We are not certain that this continuing evaluation by CBP is directly pertinent to the Court's determination of the motions pending in this case, but in the overall context of this litigation we believe this is information the Court should be aware of. Should the Court desire any further information the Government would be pleased to comply.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney for the
                              Southern District of New York

          By:    /s/ Zachary Bannon
                ZACHARY BANNON
                ELIZABETH KIM
                CHRISTOPHER CONNOLLY
                Assistant United States Attorneys
                86 Chambers St. 3rd Floor
                New York, New York 10007
                Tel.:    212-637-2728, 2745, 2761
                Fax:    212-637-2717
                E-mail: Zachary.Bannon@usdoj.gov
                            Elizabeth.Kim@usdoj.gov
                            Christopher.Connolly@usdoj.gov